# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ERNEST C. WILLIAMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:09CV211 FRB |
| JUDITH SILVEY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion to file additional pleadings and their supplement to the motion. The Court previously denied the motion as moot. However, the United States Court of Appeals for the Eighth Circuit ordered the Court to rehear the motion in light of the remand of plaintiffs' retaliation claims. The Court has reviewed the motion and the relevant papers in the case file, and the Court finds that the motion should be denied.

In their original motion to file additional pleadings [Doc. #35] plaintiffs claimed that Mr. Williams had been in administrative segregation without legal materials and other items he needed to prosecute this case and respond to defendants' motion to dismiss. In their supplemental brief, plaintiffs maintain that Mr. Williams has been released from administrative segregation, but plaintiffs complain that some non-defendant correctional officers have filed false conduct violations against Mr. Williams.

The supplemental brief contains no claims that are pertinent to plaintiffs' claims against Silvey or Whitener. In fact, the brief does not mention Silvey or Whitener. Upon review of the motion and briefs, the Court finds that the issues raised in the motion to file additional pleadings and its supplement are either moot or irrelevant to the claims remaining in this case. As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to file additional pleadings [Doc. #35] is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion to amend or correct certificate of service [Doc. #68] is **GRANTED**.

Dated this 30th day of March, 2011.

_Frederick R. Buckles_
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE