UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST CORNELIUS WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:09CV211 NCC |
| | ) | |
| JUDITH SILVEY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Ernest Williams's motion for leave to proceed in forma pauperis on appeal. The motion is denied.

On July 23, 2014, the Court ordered Ernest Williams to either pay the full amount of the appellate filing fee or to file a motion for leave to proceed in forma pauperis on appeal along with a copy of his prison trust account statement. Plaintiff now requests leave to proceed on appeal without paying any portion of the filing fee. Plaintiff did not submit a copy of his prison trust account statement with his motion.

Prisoners must pay the full amount of the appellate filing fee. 28 U.S.C. § 1915(b)(1). Prisoners must pay an initial partial filing fee, and the remainder of the fee is removed in increments whenever the prisoner's account exceeds $10. 28 U.S.C. § 1915(b)(1)-(2). When filing a motion for leave to proceed in forma pauperis, the prisoner is required to submit a copy of his prison trust account statement.

Petitioner has not complied with the statute or the Court's Order. As a result, the motion for leave to proceed in forma pauperis on appeal is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal [ECF No. 178] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 11th day of August, 2014.

/s/Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE